UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN, #400473** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3041** |
| **BURL CAIN, WARDEN** | **SECTION "B"** |

### BRIEFING ORDER

Jessie Hoffman has applied to this Court for a writ of habeas corpus under 28 U.S.C. § 2254 seeking relief from his capital conviction. The Court is in possession of 26 volumes of the state court records obtained by the Court in 2001 from Hoffman's prior proceedings in the 22nd Judicial District Court for St. Tammany Parish, the Louisiana First Circuit Court of Appeal and the Louisiana Supreme Court on or before January 20, 2001. In order for the Court to determine the action, if any, that shall be taken on this application, the Court requires briefing from the State and the supplemental submission of records. Therefore,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of this application and this Order on the Attorney General for the State of Louisiana and the District Attorney and the Clerk of Court for St. Tammany Parish, Louisiana.

**IT IS ORDERED** that the Attorney General and District Attorney file an answer to the application, together with a legal memorandum of authorities in support of the answer within **thirty days (30)** days of the entry of this order. The answer shall state whether petitioner has exhausted

state remedies, including any post-conviction remedies available to petitioner under Louisiana law and petitioner's right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceedings. The answer shall further set forth the dates of filing and disposition of each appeal and post-conviction application and whether the 1-year period of limitation for filing this petition has expired.

**IT IS ORDERED** that the District Attorney for St. Tammany Parish, Louisiana shall file with the Court, within **thirty (30)** days of the entry of this order, a certified copy of the state court records for those matters filed in any state court <u>**on or after January 19, 2001**</u>. This **shall** include **all pleadings, briefs, memoranda, and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of <u>all</u> proceedings held in any state court, and all state court dispositions.** In the event the District Attorney is unable to produce any of these documents, he shall advise the Court in writing as to the reason why he is unable to do so.

**IT IS FURTHER ORDERED** that the Clerk of Court shall take necessary precautions to insure that the state court record is not damaged or destroyed and shall, within ninety (90) days of the finality of these proceedings, including any appellate proceedings, return the state court record to the Clerk of Court for St. Tammany Parish, Louisiana. All state court documents which are to be filed pursuant to this Order should be addressed to the Office of the Clerk, Pro Se Unit, United States District Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130.

New Orleans, Louisiana, this 11th day of March, 2009.

_____
**IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE**