## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN, #400473** | **CIVIL ACTION NO. 09-3041** |
| **VERSUS** | **SECTION "B"** |
| **BURL CAIN, WARDEN** | **MAGISTRATE (1)** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Walter P. Reed, District Attorney for St. Tammany Parish, State of Louisiana, who respectfully represents:

1.

The District Attorney for the Parish of Tammany, State of Louisiana has received the Order of this Honorable Court entered on March 11, 2009 ordering it to file an answer to the Habeas Corpus Application filed herein, together with a legal memorandum of authorities in support of the answer and a certified copy of the entire state court record within thirty (30) days.

2.

Undersigned counsel requests an extension of time as the record of this proceeding and the habeas application filed herein are voluminous, and it will require additional time for review and response.

3.

Undersigned counsel has contacted counsel for plaintiff herein, who has no opposition to this request.

4.

The District Attorney for the Parish of Tammany, State of Louisiana respectfully requests an extension of time of sixty (60) days or until June 9, 2009 in which to file the answer, memorandum and state court record herein.

WHEREFORE, Walter P. Reed, District Attorney for the Parish of St. Tammany, State of Louisiana respectfully requests that this motion be granted allowing an additional period of sixty (60) days or until June 9, 2009, in which to file the answer, memorandum and state court record herein.

Respectfully submitted:

By: s/Kathryn Landry  
KATHRYN LANDRY, Bar No. 19229  
P. O. Box 82659  
Baton Rouge, LA 70884  
Telephone: (225) 766-0023  
Facsimile: (225) 766-7341

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been mailed to the opposing party herein:

Sarah Ottinger
Capital Appeals Project
636 Baronne St.
New Orleans, LA 70113

Baton Rouge, Louisiana this 1st day of April, 2009.

                                                s/Kathryn Landry
                                                KATHRYN LANDRY