```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
```

**JESSIE HOFFMAN**                                      CRIMINAL ACTION

**VERSUS**                                              NO. 09-3041

**BURL CAIN, WARDEN**                                   SECTION "B"(1)

<u>**ORDER**</u>

 **IT IS ORDERED** that Oral Argument on Petitioner, Jessie Hoffman's petition for Habeas Corpus relief shall be heard on **Wednesday, August 18, 2010 at 9:00 a.m**.

 New Orleans, Louisiana, this 22nd day of July, 2010.

_____
United States District Judge