IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN # 400473**
        **Petitioner**

**NO. 09-3041**

**v.**

**SECTION "B"**

**BURL CAIN, Warden,**
        **Louisiana State Penitentiary,**
        **Angola, Louisiana,**
        **Respondent**

## UNOPPOSED MOTION TO COMPLETE THE STATE COURT RECORD

Now comes JESSIE DEAN HOFFMAN, JR, Petitioner, through undersigned counsel, and presents this Unopposed Motion to Complete the State Court Record.

Undersigned counsel has conferred with counsel for the State who agreed that the motion be submitted as an unopposed motion.

Petitioner's Petition for Writ of Habeas Corpus (Petition) is pending before this Court. On March 11, 2009 this Court issued a Briefing Order which, among other things, required the District Attorney for St. Tammany Parish, Louisiana to file with the Court, within thirty (30) days of the entry of the Order, a certified copy of the state court records in the case filed on or after January 19, 2001.  The Order specifically included "**all pleadings, briefs, memoranda and other documents filed in connection with any application for post-conviction relief or appeal, transcripts of all proceedings held in any state court, and all state court dispositions.**" *Id.* at 2 (emphasis supplied).

By letter dated April 21, 2009, the clerk of court for St. Tammany Parish sent the Court twelve (12) volumes of documents which it described as "Volumes 1-12 of Supplemental

1

Petition for Post-Conviction Relief and Motion for Evidentiary Hearing, filed on behalf of the defense, in the above captioned case in June 2005, after the appeal." Based on counsel's review of those volumes they contain copies of the exhibits that were attached to his Supplemental Petition for Post-Conviction Relief filed in 2003. (2003 Petition).[1] However, they do not contain the further exhibits that Petitioner filed with his Amended and Restated Supplemental Petition for Post-Conviction Relief filed October 20, 2006 (2006 Petition). The 2006 Petition attached a number of exhibits which had been mistakenly omitted at the time of the 2003 filing. The state district court granted his motion to substitute the 2006 Petition, and ordered that the additional exhibits be added. *See* Order, October 20, 2006.

In her April 21, 2009 letter to the Court, the St. Tammany clerk of court also noted that "a copy of the appeal record, and all other pleadings filed after the appeal, were forward (sic) by this office, to Kathryn Landry on March 20, 2009." The State subsequently forwarded these four volumes of documents, to the Court. However, contrary to the St. Tammany Parish clerk's letter, these four volumes do not contain a complete copy of the state district court file. Missing items include the Amendment to Supplemental Petition for Post-Conviction Relief and Motion for Evidentiary Hearing, April 17, 2007 (2007 Petition) in which Petitioner raised to the state court his guilt phase *Brady* and *Strickland* claims (Petition Claims II and III), the State's Answer to the 2007 Petition, copies of transcripts of depositions and evidentiary hearings held by the state court on Petitioner's penalty phase ineffective assistance of counsel claim (Petition Claim I), as well as numerous subpoenas duces tecum, motions, briefs, orders, and other documents.

---

[1] The June 2005 date mentioned by the clerk appears to refer to the date the documents were scanned at the court, according to a stamp on the corner of the copies submitted. Petitioner did not file any petition for post-conviction relief in 2005.

Petitioner understands from conferring with counsel for the State that the depositions and exhibits from the state court evidentiary hearing are stored as evidence at the St. Tammany Parish courthouse, and that the clerk is unable to release copies of such evidence without a court order.  Given the current obligations of the clerk of court, and the volume of documents that the clerk must copy, it is understood that the clerk will require 90 days in order to complete the copying of the state court file.

Finally, the Louisiana Supreme Court record relating to Petitioner's Application for Writ of Supervisory Review filed in 2007 is missing in its entirety.

A complete and accurate copy of the state court record is clearly essential for the proper adjudication of Petitioner's Petition and the issues raised by the State in its Answer.  Petitioner respectfully asks that the Court issue further orders to ensure compliance with the Briefing Order requiring the filing of the state court record.

WHEREFORE, Petitioner respectfully requests that this Court issue an Order directing that: 1) within ninety (90) days, the Clerk of Court for St. Tammany Parish, Louisiana file with the Court or provide to the District Attorney, through counsel of record, a certified copy of all documentary evidence filed in the state district court in this matter since January 20, 2001; and 2) within ninety (90) days, the Clerk of Court for St. Tammany Parish, Louisiana file with the Court or provide to the District Attorney, through counsel of record, a certified copy of all documents currently missing from the state court record, including both the records of the St. Tammany Parish District Court and the Louisiana Supreme Court.  Petitioner further requests that in the event the Clerk of Court provides the records to counsel of record for the District Attorney, this Court issue an Order directing the District Attorney to file the records within ten (10) days of receipt.

Respectfully submitted,

 /s Sarah Ottinger

Sarah Ottinger, La. Bar No. 24589
Caroline Tillman, La. Bar No. 31411
Capital Appeals Project
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion has been served via electronic notification and certified mail, upon Respondent through Assistant District Attorney, Kathryn Landry, P.O. Box 82659, Baton Rouge, LA 70884 and the Office of the Attorney General, 1885 North 3rd Street, Baton Rouge, LA 70802 on this 2nd day of November, 2010.

/s Sarah Ottinger
Sarah Ottinger