IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN # 400473**
       Petitioner

NO. 09-3041

v.

SECTION "B"

**BURL CAIN, Warden,**
       Louisiana State Penitentiary,
       Angola, Louisiana,
       Respondent

**UNOPPOSED MOTION FOR STATUS CONFERENCE**

Now comes JESSIE DEAN HOFFMAN, JR, Petitioner, through undersigned counsel, and respectfully requests that this Court schedule a status conference prior to oral argument on Petitioner's Petition for Habeas Corpus.

Undersigned counsel has conferred with counsel for the state who agreed that the motion be submitted as an unopposed motion.

Oral argument is set for January 13, 2011, on the Petition for Habeas Corpus ("the Petition"). The state has raised a number of procedural objections, including that certain claims are unexhausted and/or procedurally defaulted. In addition, Petitioner is requesting evidentiary hearings on numerous claims and may seek discovery. As such there are numerous issues to address, in addition to the merits of the claims. Petitioner therefore requests that a status conference be held prior to oral argument to discuss the order in which issues pertaining to adjudication of the habeas petition will be addressed.

Undersigned counsel has conferred with counsel for the state. All counsel are available on the following dates: December 10th, 13th, 15th, and 16th 2010, and in January 2011.

1

WHEREFORE Petitioner respectfully requests that the Court order a status conference.

Respectfully submitted,

/s Sarah Ottinger
Sarah Ottinger, La. Bar No. 24589
Caroline Tillman, La. Bar No. 31411
Capital Appeals Project
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion has been served via electronic notification from the clerk of court for delivery upon Respondent through Assistant District Attorney, Kathryn Landry, P.O. Box 82659, Baton Rouge, LA 70884 and the Office of the Attorney General, 1885 North 3rd Street, Baton Rouge, LA 70802 on this 7th day of December, 2010.

/s Sarah Ottinger
Sarah Ottinger