IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN # 400473**
       Petitioner

NO. 09-3041

v.

SECTION "B"

**BURL CAIN, Warden,**
       **Louisiana State Penitentiary,**
       **Angola, Louisiana,**
       **Respondent**

## ORDER

Considering the foregoing Unopposed Motion for Status Conference (Rec. Doc. No. 40),

IT IS ORDERED that the a status conference be held on **December 10, 2010, at 10:00 a.m.**

New Orleans, Louisiana, this 9th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE