**MINUTE ENTRY**  
**LEMELLE, J.**  
**December 10, 2010**

JS10(00:29)

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 09-3041 |
| **BURL CAIN, ET AL** | * | SECTION "B"(1) |

A status conference was held today by telephone with counsel for all parties participating to discuss preparation for the upcoming oral argument in this matter set for January 13, 2011. The Court ordered that:

(1) No later than **Friday, December 24, 2010,** parties are to submit additional briefing on the issue of exhaustion.

(2) No later than **Friday, December 24, 2010,** the State shall provide a report by Dr. MacKenzie in response to the Coroner Investigation Report at issue in Petitioner's Claim II.

(3) The parties shall have until **Thursday, December 30, 2010,** to submit any further factual evidence on any other claims as well as whether an evidentiary hearing with live testimony will be needed regarding Claim II or any other claim.

UNITED STATES DISTRICT JUDGE