```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

**JESSIE HOFFMAN**                                       **CIVIL ACTION**

**VERSUS**                                               **NO. 09-3041**

**BURL CAIN, WARDEN**                                    **SECTION "B"(1)**

<u>ORDER</u>

    **IT IS ORDERED** that the hearing currently set for **Thursday, January 13, 2011** on Petitioner's Application for Stay of Execution is hereby **CONTINUED**, as Petitioner's Motion for Writ of Habeas Corpus Ad Prosequendum was filed with insufficient time to have Petitioner produced for the January 13, 2011 hearing. A scheduling conference will be held by telephone before the Case Manager on **January 27, 2011 at 11:00 a.m.** to reschedule the hearing date, which will include hearing on the exhaustion issue as well as an evidentiary hearing on the underlying issues if necessary, and to schedule deadlines incident thereto. The Case Manager will initiate the call.

    **IT IS FURTHER ORDERED** that Petitioner's Motion for Writ of Habeas Corpus Ad Prosequendum (Rec. Doc. No. 49) and Motion to Expedite same (Rec. Doc. No. 50) are hereby **DISMISSED AS MOOT.** Petitioner's counsel should have prior experience in cases that require production of their incarcerated clients. They should contact prison officials, in advance of court hearings, to

determine the process for production of their client and proceed accordingly in a timely fashion.

**IT IS FURTHER ORDERED** that the Motion to Expedite Hearing of Motion to Address Claim II of the Habeas Petition and Pretermit Consideration of All Other Habeas Claims Pending Resolution of Claim II (Rec. Doc. No. 52) is **GRANTED.** Hearing on the motion will be held on **January 13, 2011,** without need for oral argument or further briefing.

**IT IS FURTHER ORDERED** that the Motion to Address Claim II of the Habeas Petition and Pretermit Consideration of All Other Habeas Claims Pending Resolution of Claim II (Rec. Doc. No. 51) is **DENIED.** Hearing the claims at issue in the suggested piecemeal fashion would place the parties in the position of appealing a judgment by this Court on Claim II, with the remaining claims still to be litigated and determined by this Court, subject to additional appeals. Addressing the claims in such manner would impede judicial economy and prolong resolution of all the issues asserted.

New Orleans, Louisiana, this 13th day of January, 2011.

_____
United States District Judge