UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN, #400473** | **CIVIL ACTION NO. 09-3041** |
| **VERSUS** | **SECTION "B"** |
| **BURL CAIN, WARDEN** | **MAGISTRATE (1)** |

## MOTION TO LIMIT EVIDENTIARY HEARING

**NOW INTO COURT**, through undersigned counsel, comes Walter P. Reed, District Attorney for St. Tammany Parish, State of Louisiana, who respectfully represents:

1.

This Honorable Court issued an Order on January 27, 2011 ordering that a hearing be held on June 23, 2011, which will include a hearing on the exhaustion issue as well as an evidentiary hearing on all underlying issues, if necessary. The Court further ordered that the parties file witness and exhibit lists no later than May 20, 2011.

2.

The United States Supreme Court issued an opinion this week in the case of <u>Cullen</u> v. <u>Pinholster,</u> docket no. 09-1088, 2011 U.S. Lexis 2616 (April 4, 2011), which the State submits places a limitation on any evidentiary hearing to be held herein.

Page 1

3.

The State submits that this Court should limit its review to the record before the state court that adjudicated the claims herein and further asserts that no new evidence should be submitted in this Court.

4.

The State submits that the hearing to be held on June 23, 2011 should be limited to argument only on the issues.

WHEREFORE, Walter P. Reed, District Attorney for the Parish of St. Tammany, State of Louisiana respectfully requests that this motion be granted, and that the hearing to be held herein on June 23, 2011 be limited to argument only on the issues, that this Court limit its review to the record before the state court that adjudicated the claims herein and further that this Court strike its previous Order for witness and exhibit lists and order that no new evidence should be submitted in this Court.

Respectfully submitted:

By:   s/Kathryn Landry
      KATHRYN LANDRY, Bar No. 19229
      P. O. Box 82659
      Baton Rouge, LA 70884
      Telephone: (225) 766-0023
      Facsimile: (225) 766-7341

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Limit Evidentiary Hearing has been sent via electronic mail to the opposing counsel herein:

Sarah Ottinger
saraho@thejusticecenter.org

Caroline Tillman
carolinet@thejusticecenter.org

Baton Rouge, Louisiana this 7th day of April, 2011.

                                        s/Kathryn Landry
                                        KATHRYN LANDRY