UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE HOFFMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 09-3041 |
| | * | |
| BURL CAIN, WARDEN | * | SECTION "B"(1) |
| | * | |

ORDER

Considering the foregoing Motion to Continue Evidentiary Hearing and Request for Oral Argument on the State's Motion to Limit Evidentiary Hearing (Rec. Doc. Nos. 62, 63),

**IT IS ORDERED** that the motions are hereby **GRANTED.** Oral argument on the State's Motion to Limit Evidentiary Hearing shall be held on **Thursday, June 23, 2011, at 9:30 a.m.** A new hearing date for oral argument on Petitioner's *Habeas Petition*, including hearing on the exhaustion issue as well as evidentiary hearing on all underlying issues, if necessary, and deadline for the exchange of witness and exhibits lists will be selected thereafter. No later than **June 17, 2011**, parties' counsel shall propose pertinent production/exchange deadlines and evidentiary and non-evidentiary hearing dates on all issues. This will allow advance preparation for whatever selections become necessary after the noted June 23rd hearing.

New Orleans, Louisiana, this 17th day of May, 2011.

_____
United States District Judge