UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3041** |
| **BURL CAIN, WARDEN** | **SECTION "B"(1)** |

### ORDER

Having received oral argument on Defendant's Motion to Limit Evidentiary Hearing (Rec. Doc. No. 57),

**IT IS ORDERED** that the parties may file post-hearing briefs no later than **Tuesday, June 28, 2011.** Thereafter, the matter will be taken under submission and a ruling issued.

New Orleans, Louisiana, this 23rd day of June, 2011.

_____
United States District Judge