MINUTE ENTRY
LEMELLE, J.
JUNE 23, 2011
JS-10: 01:49

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3041** |
| **BURL CAIN** | **SECTION "B" (1)** |

### MOTION HEARING

Courtroom Deputy:  Isidore Grisoli
Court Reporter:    David Zarek

APPEARANCES:   Sarah L. Ottinger, Caroline W. Tillman for plaintiff
               Kathryn W. Landry for defendant

Court begins at 9:24 a.m.
Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties re rec. doc. no. 57 Motion to Limit Evidentiary Hearing.
Plaintiff exhibit 1 offered and admitted.
Matter taken under submission; Court to issue ruling.
Court adjourned at 11:13 a.m.