UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JESSIE HOFFMAN                                    CIVIL ACTION

VERSUS                                            NO. 09-3041

BURL CAIN, WARDEN,                                SECTION "B"(1)
LOUISIANA STATE PENITENTIARY

                              **ORDER**

    Considering the foregoing opposed Motion to Alter or Amend Judgment (Rec. Doc. No. 72) and Request for Oral Argument on Petitioner's Motion to Alter or Amend Judgment (Rec. Doc. No. 73),

    **IT IS ORDERED** that the Request for Oral Argument (Rec. Doc. No. 73) is **DENIED**, the Court finding oral argument unnecessary.

    **IT IS FURTHER ORDERED** that the Motion to Alter or Amend Judgment (Rec. Doc. No. 72, opposed at Rec. Doc. No. 80) is **DENIED.** Petitioner fails to acknowledge the state court record that clearly negates each of his arguments here. After a more thorough review of same, in light of prior oral argument on the asserted claims, and even considering petitioner's own factual proffers, Petitioner fails to show any likelihood for different results on guilt or punishment. He fails to show either a deprivation of constitutional rights or manifest injustice. On subsequent review of the state record, in light of all parties' prior oral arguments, and memoranda before us, and considering petitioner's proposed factual representations, we found the state and federal records sufficient to issue a final ruling on the instant habeas petition. Lastly, petitioner offers nothing new in the motion to alter or amend

judgment that has not already been presented or considered.

New Orleans, Louisiana, this 9th day of July, 2012.

_____  
UNITED STATES DISTRICT JUDGE