# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 21, 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED AUG 22 2014

WILLIAM W. BLEVINS
CLERK

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-70022    Jessie Hoffman v. Burl Cain, Warden
                       USDC No. 2:09-CV-3041

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

    ( 11 ) Boxes of State Court Papers

The electronic copy of the record has been recycled.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Mary Frances Yeager, Deputy Clerk
                          504-310-7686

cc w/encl:
    Ms. Kathryn W. Landry
    Honorable Ivan L. R. Lemelle
    Ms. Sarah Lynn Ottinger
    Ms. Caroline Wallace Tillman