# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 20, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Jessie Hoffman
v. Burl Cain, Warden
No. 14-567
(Your No. 12-70022)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-70022   Jessie Hoffman v. Burl Cain, Warden
                            USDC No. 2:09-CV-3041

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Charlene A. Vogelaar, Deputy Clerk
                            504-310-7648