## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN,** * | | **CIVIL ACTION** |
|     **PETITIONER** * | | |
| * | | |
| **VERSUS** * | | **NO. 09-cv-3041** |
| * | | |
| **N. BURL CAIN** * | | **SECTION "B" (1)** |
|     **RESPONDENT** * | | |

## MOTION TO SUBSTIUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Warren Montgomery, District Attorney for the 22nd Judicial District, State of Louisiana, who moves this Court to substitute Assistant District Attorney Matthew Caplan as counsel of record for the respondent in this matter in place of Kathryn W. Landry.

                              Respectfully submitted,

                            /s/ Matthew Caplan  
                            Matthew Caplan  
                            La. Bar No. 31650  
                            Assistant District Attorney  
                            22nd Judicial District – Parishes of  
                                 St. Tammany and Washington  
                            701 N. Columbia Street  
                            Covington, LA 70433

CERTIFICATE OF SERVICE

    I hereby certify that on <u>May 15, 2023</u>, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                       <u>/s/ Matthew Caplan</u>  
                                                       Matthew Caplan  
                                                       La. Bar No. 31650  
                                                       Assistant District Attorney  
                                                       22nd Judicial District – Parishes of  
                                                              St. Tammany and Washington  
                                                       701 N. Columbia Street  
                                                       Covington, LA 70433