UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JESSIE HOFFMAN,** | * | CIVIL ACTION |
|     **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | NO. 09-cv-3041 |
| | * | |
| **N. BURL CAIN, WARDEN,** | * | SECTION "B" (1) |
|     **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion to Substitute Counsel of Record*;

IT IS HEREBY ORDERED that Matthew Caplan is substituted as counsel of record for Warren Montgomery, District Attorney for the 22nd Judicial District, State of Louisiana, and Kathryn W. Landry is withdrawn as counsel in this action.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
MAGISTRATE JUDGE