**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JESSIE HOFFMAN,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 09-cv-3041** |
| | * | |
| **N. BURL CAIN** | * | **SECTION "B" (1)** |
| **RESPONDENT** | * | |

**JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD**

MAY IT PLEASE THE COURT:

1.      In this habeas corpus proceeding, the Court ordered service of the petition upon the district attorney.  Rec. Doc. 2.

2.      The district attorney was served, Rec. Doc. 4, and attorney Kathryn W. Landry appeared as counsel of record, Rec. Doc. 7.

3.      Attorney Landry no longer represents the district attorney in federal habeas corpus matters. Assistant District Attorney Matthew Caplan presently represents the district attorney in federal habeas corpus matters.

4.      Pursuant to LR 83.2.11, attorneys Landry and Caplan respectfully jointly move this Court to substitute Assistant District Attorney Matthew Caplan as counsel of record for the respondent in this matter in place of Kathryn W. Landry.

By:

[/s] Kathryn W. Landry    /s/ Matthew Caplan
Kathryn W. Landry     Matthew Caplan
La. Bar No. 19229      La. Bar No. 31650
3236 Coates Crossing     Assistant District Attorney
Baton Rouge LA 70810    22nd Judicial District – Parishes of
225-205-1411        St. Tammany and Washington
            701 N. Columbia Street
            Covington, LA 70433

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>May 22, 2023</u>, I electronically filed the foregoing with the Clerk

of the Court for the United States District Court for the Eastern District of Louisiana using the

CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that

service will be accomplished by the CM/ECF system.

          /s/ Matthew Caplan
          Matthew Caplan
          La. Bar No. 31650
          Assistant District Attorney
          22nd Judicial District – Parishes of
            St. Tammany and Washington
          701 N. Columbia Street
          Covington, LA 70433