UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN**                                        **CIVIL ACTION**

**VERSUS**                                                **NO. 09-3041**

**N. BURL CAIN, ET AL.**                                  **SECTION "B"**

**ORDER**

Considering defendant N. Burl Cain's motion to substitute counsel (Rec. Doc. 93),

**IT IS ORDERED** that the motion is **GRANTED** in view of the representation that "Attorney Landry no longer represents the district attorney in federal habeas corpus matters." Rec. Doc. 93 at 1. Kathryn W. Landry is hereby **WITHDRAWN** from the above-captioned matter.

**IT IS FURTHER ORDERED** that Matthew Caplan is hereby **ENROLLED** as counsel of record for defendant N. Burl Cain in the above-captioned matter.

New Orleans, Louisiana this 23rd day of May, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE