IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN # 400473**
    **Petitioner**

**v.**

**BURL CAIN, Warden,**
    **Louisiana State Penitentiary,**
    **Angola, Louisiana,**
    **Respondent**

NO. 09-3041

SECTION "B"

### MOTION TO WITHDRAW AS CJA COUNSEL
### AND TO APPOINT THE FEDERAL PUBLIC DEFENDER
### FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA

NOW COMES Jessie Hoffman, an indigent, death-sentenced inmate, who moves, pursuant to 18 U.S.C. § 3006A and 18 U.S.C. § 3599 that this Court allow for the substitution of appointed counsel. For the reasons set out in the accompanying memorandum, Petitioner requests the appointment of Rebecca L. Hudsmith, Federal Public Defender for the Middle and Western District of Louisiana, an attorney learned in the law applicable to capital cases, to serve as counsel. Petitioner further requests that appointed CJA counsel Sarah Ottinger and Caroline Tillman be allowed to withdraw, although, as discussed in the memorandum, Ms. Tillman will continue to be involved in Petitioner's representation.

Respectfully submitted,

/s Sarah Ottinger, La. Bar No. 24589
Sarah Ottinger,
Attorney at Law
2724 Bell Street
New Orleans, LA 70119
504-258-6537

        <u>s/ Rebecca L. Hudsmith,</u> La. Bar No. 07052
Rebecca L. Hudsmith
FEDERAL PUBLIC DEFENDER FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone: 337-262-6336
Facsimile: 337-262-6605
Email: Rebecca_Hudsmith@fd.org

<u>/s/ Caroline W. Tillman,</u> La. Bar No. 31411
Caroline W. Tillman
OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
Research & Writing Specialist Attorney
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone: 337-262-6336
Facsimile: 337-262-6605
Email: Caroline_Tillman@fd.org

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing motion, along with a memorandum and proposed order, with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

Dated: December 2, 2024

        <u>/s Sarah Ottinger</u>
        Sarah Ottinger