IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN # 400473**
       Petitioner

                              NO. 09-3041

v.

                              SECTION "B"

**BURL CAIN, Warden,**
       Louisiana State Penitentiary,
       Angola, Louisiana,
       Respondent

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS CJA COUNSEL
AND TO APPOINT THE FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA**

NOW COMES Jessie Hoffman, an indigent, death-sentenced inmate, who submits this memorandum in support of his motion, pursuant to 18 U.S.C. § 3006A and 18 U.S.C. § 3599, for the substitution of appointed counsel. Specifically, Petitioner requests the appointment of Rebecca L. Hudsmith, Federal Public Defender for the Middle and Western District of Louisiana, an attorney learned in the law applicable to capital cases, to serve as counsel. Petitioner further requests that appointed CJA counsel Sarah Ottinger and Caroline Tillman be allowed to withdraw, although, as discussed herein, Ms. Tillman will continue to be involved in Petitioner's representation. Mr. Hoffman submits the following as good cause for granting this motion:

Ms. Tillman recently joined the Office of the Federal Public Defender for the Middle and Western Districts of Louisiana where she is currently employed as a Research and Writing Attorney. Ms. Ottinger is reducing her capital representation as she moves toward retirement. Ms. Hudsmith, the Federal Public Defender for the Middle and Western Districts of Louisiana, is willing and able to provide Mr. Hoffman with qualified counsel. Ms. Hudsmith has served as

Federal Public Defender for over 30 years and has represented petitioners in § 2254 federal habeas corpus proceedings and defendants in federal capital prosecutions and federal criminal appeals throughout her tenure as Federal Public Defender. In addition to providing the benefit of Ms. Hudsmith's extensive experience in capital federal habeas corpus proceedings, her appointment will allow for continuity of counsel by permitting Ms. Tillman to remain involved in Petitioner's representation and assist with the case under Ms. Hudsmith's supervision.

In order to seek an out-of-district appointment in the case, Ms. Hudsmith has complied with the out-of-district protocol established by the Defender Services Office of the Administrative Office of the U.S. Courts. As part of that protocol, Ms. Hudsmith has notified the Honorable Jennifer W. Elrod, Chief Judge of the United States Court of Appeals for the Fifth Circuit, who did not express any opposition to this request. Claude Kelly, the Federal Public Defender for the Eastern District of Louisiana, also supports this request. Finally, the Defender Services Office has given its approval of the request.

WHEREFORE, for the foregoing reasons, Petitioner Jessie Hoffman respectfully prays that this Court appoint Federal Public Defender Rebecca Hudsmith to serve as counsel to represent Mr. Hoffman in federal habeas and related proceedings under 18 U.S.C. § 3599 and permit CJA counsel Sarah Ottinger and Caroline Tillman to withdraw as CJA counsel.

Respectfully submitted,

/s Sarah Ottinger, La. Bar No. 24589
Sarah Ottinger,
Attorney at Law
2724 Bell Street
New Orleans, LA 70119
504-258-6537

        s/ Rebecca L. Hudsmith, La. Bar No. 07052
Rebecca L. Hudsmith
FEDERAL PUBLIC DEFENDER FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone:  337-262-6336
Facsimile:  337-262-6605
Email: Rebecca_Hudsmith@fd.org

/s/ Caroline W. Tillman, La. Bar No. 31411
Caroline W. Tillman
OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
Research & Writing Specialist Attorney
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone: 337-262-6336
Facsimile: 337-262-6605
Email: Caroline_Tillman@fd.org

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing memorandum by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

Dated: December 2, 2024

        /s Sarah Ottinger
        Sarah Ottinger