# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**JESSIE HOFFMAN # 400473**
    Petitioner

NO. 09-3041

v.

SECTION: "B"

**BURL CAIN, Warden,**
    Louisiana State Penitentiary,
    Angola, Louisiana,
    Respondent

## ORDER

CONSIDERING THE FOREGOING, the motion is GRANTED.

IT IS ORDERED that Rebecca L. Hudsmith, Federal Public Defender of the Middle and Western Districts of Louisiana, is appointed as counsel for Mr. Hoffman to represent Petitioner in federal habeas and related proceedings under 18 U.S.C. § 3599.

IT IS FURTHER ORDERED that Sarah Ottinger and Caroline Tillman are withdrawn as CJA counsel.

Thus done and signed on this _____ day of _____, 2024, in _____, Louisiana.

_____
HON. JUDGE IVAN L.R. LEMELLE