UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3041** |
| **N. BURL CAIN ET AL** | **SECTION "B"** |

## ORDER

Considering petitioner Jessie Hoffman's motion to withdraw and substitute CJA counsel of record (Rec. Doc. 104),

**IT IS ORDERED** that the motion is **GRANTED,** withdrawing CJA-appointed counsel Sarah Ottinger and Caroline Tillman, and substituting Rebecca L. Hudsmith, Federal Public Defender for the Middle and Western District of Louisiana as counsel of record for petitioner in the above-captioned matter.

New Orleans, Louisiana this 3rd day of December, 2024

Senior United States District Judge