IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN, #400473,<br>　　　　Petitioner<br><br>v.<br><br>DARRYL VANNOY,<br>　　Louisiana State Penitentiary,<br>　　Angola, Louisiana,<br>　　Respondent | NO. 09-3041<br><br>SECTION "B"<br><br>**EXECUTION SCHEDULED<br>MARCH 18, 2025** |

## MOTION FOR STAY OF EXECUTION

NOW INTO COURT, through undersigned counsel, comes petitioner JESSIE HOFFMAN, who moves this Court for an Order staying the warrant for execution issued by the 22nd Judicial District Court on February 12, 2025, ordering that Mr. Hoffman, whose habeas proceeding is pending before this Court, be put to death on March 18, 2025, between 6:00 p.m. and 9:00 p.m. In support of the motion to stay his execution, petitioner respectfully submits the attached memorandum in support.

**Respectfully Submitted,**

s/ Rebecca L. Hudsmith, La. Bar No. 07052
Rebecca L. Hudsmith
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE AND WESTERN DISTRICTS OF
LOUISIANA
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone: 337-262-6336
Facsimile: 337-262-6605
Email: Rebecca_Hudsmith@fd.org

1

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing motion, along with the proposed order, with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record on this 17th day of March, 2025.

/s Rebecca L. Hudsmith