IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA


JESSIE HOFFMAN, #400473,
          Petitioner

                                  NO. 09-3041

v.

                                  SECTION "B"

DARRYL VANNOY,
          Louisiana State Penitentiary,
          Angola, Louisiana,             **\*\*EXECUTION SCHEDULED**
          Respondent                  **MARCH 18, 2025\*\***


### ORDER

     Considering the foregoing *Motion for Stay of Execution* and *Memorandum in Support*, this Court GRANTS this motion and STAYS the execution of Jessie Hoffman scheduled for March 18, 2025 so that the Court may review the pleadings now before the Court.


                      _____

                      IVAN LEMELLE
                      U.S. DISTRICT COURT JUDGE