AFFIDAVIT OF MARI LOWER

COUNTY OF PEARL RIVER

STATE OF MISSISSIPPI

Before me, the undersigned authority, came and appeared MARI LOWER, who, after being sworn, deposed and said:

1. My name is Mari Lower. I was a member of the jury at Mr. Hoffman's capital trial. We found him guilty of first-degree murder, and sentenced him to death.

2. In 2003, I was interviewed by Caroline Wallace and Ravinder Thukral, people working with Mr. Hoffman's lawyers, about my experiences as a juror on that case. Based on our conversation, they wrote up a declaration which I read through and signed to confirm that it was the truth to the best of my knowledge, memory and belief.

3. That declaration is attached to this affidavit. I have read it through and confirm that it accurately reflects my experiences as a juror on Mr. Hoffman's case.

Signature: Mari Lower

SWORN AND SUBSCRIBED before me on this 16th day of July, 2011.

Notary Public's printed name: Carrie E. Logan

Notary ID# 64793

My commission expires: 12-16-2013

[Notary Seal: STATE OF MISSISSIPPI, CARRIE E. LOGAN, ID NO. 64793, Commission Expires 12-16-2013, FORREST COUNTY, NOTARY PUBLIC]

STATE OF LOUISIANA

ST TAMMANY PARISH

I, Mari Lower, declare

I sat on the jury of the 1998 capital murder trial of Jessie Hoffman; we convicted him of first degree murder and sentenced him to death.

I felt bad for the Defendant. He seemed hopeless. However, the crime was very bad. The defendant showed no remorse throughout the trial and came across as very cold-blooded. I watched him during the trial. That had a big impact on me. Looking at him you could tell that he did this cold-blooded crime. I felt sure that if he were ever to get out of prison he would do it again. Several of the jurors were worried that he might be released one day or escape and if he did he'd do it again. This was discussed in deliberations and considered by us in deciding that he should get the death penalty. I felt it was my duty to make sure that the young girls out there were protected from him. This was very important to our decision.

M Lower

I remember the defendant's family testifying, including his grandmother. I had sympathy for his family. However I was not convinced by the defense argument that we should not give him the death penalty. For example, they said he tried to be a football star. I would have liked to be a movie star, but that didn't mean I went out and committed murder.

There were no black people on the jury. The defense made sure that there weren't any. From the start of trial I thought that was deliberate by the defense so they could play the race card and get him off later. I've heard about people getting off on technicalities like that before. The jurors speculated about this during the trial.

We also thought it was a defense strategy to use his race and background in other ways. They obviously tried to use it as an excuse to try to make us feel sorry for him being a poor black man from the projects so he did not get the death penalty. Like O.J. Simpson using it to get off. This tactic did not surprise me. I've seen that attitude before.

with people using their background to justify whatever they can. I believe that people like that should take responsibility for what they do. What he did to that woman was really bad. It was clear to me as soon as I heard the evidence about what he did that he deserved the death penalty. Most of the jurors felt the same way.

We were taken to the crime scene during the trial. It was a very isolated place, right near where I live. There were a lot of police and the lawyers there. I do not remember the defendant coming with us. We were allowed to ask questions.

During the penalty phase deliberations we wanted to know whether the defendant had a juvenile record. We thought that given his background he may have a history of drugs and things like that. We wondered if he was in a gang. The judge told us we were not allowed to have that information. I did want to know more about his background, and would have liked for there to be more discussion about that.

M. Lewen

The experience was very emotional for me. I prayed every day. I had my bible with me at the hotel.

I have read this declaration through. It it accurate and true to the best of my memory and belief, and I have had the opportunity to make any changes necessary.

M. Lewen

WITNESS:
9/23/03
9/23/03

M. Lewen