IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

JESSIE HOFFMAN, #400473,
    Petitioner

v.

DARRYL VANNOY,
    Louisiana State Penitentiary,
    Angola, Louisiana,
    Respondent

NO. 09-3041

SECTION "B"

**EXECUTION SCHEDULED
MARCH 18, 2025**

### PETITIONER'S MOTION TO REOPEN THE JUDGMENT
### PURSUANT TO FED. R. CIV. P. 60(b)(6)

COMES NOW Petitioner Jessie Hoffman, by and through undersigned counsel, who respectfully moves that this Court reopen his habeas proceedings pursuant to Federal Rule of Civil Procedure 60(b)(6), due to extraordinary circumstances triggered by the intervening Supreme Court decisions in *Smith v. Arizona*, 602 U.S. 779 (2024), and *Andrew v. White*, 145 S.Ct. 75 (2025), which together support Mr. Hoffman's request for relief at this time pursuant to *Pena-Rodriguez v. Colorado*, 580 U.S. 206 (2017), and *Buck v. Davis*, 580 U.S. 100 (2017), decisions unreasonably applied by the Louisiana Supreme Court's decision in *State v. Hoffman*, 2020-00137 (La. 10/19/21), 326 So. 3d 232, 238 (La. 2021). Together, these decisions demonstrate a "defect in the integrity of the federal habeas proceeding"—this Court's previous order denying Mr. Hoffman an evidentiary hearing on his claim that one or more jurors voted to impose his death sentence on the basis of racial bias—and provide compelling grounds for this Court to reopen Mr. Hoffman's habeas proceedings to allow him to prove this claim. *Gonzalez v. Crosby*, 545 U.S. 524, 532 (2005).

1

## PRAYER FOR RELIEF

For the foregoing reasons, Mr. Hoffman respectfully prays that the Court grant his motion to relieve him from the final judgment in this matter and permit him the opportunity to prove that his death sentence was fatally tainted by racial discrimination, in violation of Mr. Hoffman's rights under the Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

**Respectfully Submitted,**

s/ Rebecca L. Hudsmith, La. Bar No. 07052
Rebecca L. Hudsmith
FEDERAL PUBLIC DEFENDER FOR THE MIDDLE AND WESTERN DISTRICTS OF LOUISIANA
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone: 337-262-6336
Facsimile: 337-262-6605
Email: Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing motion, along with the proposed order, with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record on this 17th day of March, 2025.

/s Rebecca L. Hudsmith