IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

JESSIE HOFFMAN, #400473,
    Petitioner

v.

DARRYL VANNOY,
    Louisiana State Penitentiary,
    Angola, Louisiana,
    Respondent

NO. 09-3041

SECTION "B"

**EXECUTION SCHEDULED**
**MARCH 18, 2025**

### ORDER

Considering the foregoing *Motion to Reopen the Judgment Pursuant to Fed. R. Civ. P. 60(b)(6)* and *Memorandum in Support*, this Court GRANTS this motion and permits the reopening of Mr. Hoffman's federal habeas proceeding in order to review the issues raised.

_____

IVAN LEMELLE
U.S. DISTRICT COURT JUDGE

1