MINUTE ENTRY
LEMELLE, J.
MARCH 17, 2025
JS10: 00:32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN | CIVIL ACTION |
| VERSUS | NO. 09-3041 |
| N. BURL CAIN ET AL | SECTION: B |

## MOTION HEARING VIA VIDEO CONFERENCE

Courtroom Deputy: Dena White
Court Reporter: Sammantha Morgan

APPEARANCES:  Rebecca Hudsmith and Caroline Tillman, Counsel for Plaintiff
Matthew Caplan, Counsel for Defendant

Motion for Stay of Execution (106)
Motion to Reopen Judgment (107)

Case called at 2:49 p.m.
All present and ready.
Plaintiff's oral Motion to Enroll Caroline Tillman GRANTED.
Court discussed status of case and questioned counsel for the parties.
Defendant's Response due no later than 6:00 p.m. on March 17, 2025.
Plaintiff's Reply due no later than 9:30 a.m. on March 18, 2025.
Hearing CONTINUED to March 18, 2025, at 10:30 a.m.
Court adjourned at 3:21 p.m.