MINUTE ENTRY
LEMELLE, J.
MARCH 18, 2025
JS10: 02:29

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JESSIE HOFFMAN | CIVIL ACTION |
| VERSUS | NO. 09-3041 |
| N. BURL CAIN ET AL | SECTION: B |

## MOTION HEARING VIA VIDEO CONFERENCE

Courtroom Deputy:  Dena White
Court Reporter:    Toni Tusa

APPEARANCES:   Rebecca Hudsmith and Caroline Tillman, Counsel for Plaintiff
               Matthew Caplan, Counsel for Defendant

Motion for Stay of Execution (106)
Motion to Reopen Judgment Pursuant to FRCP 60(b)(6) (107)

Case called at 10:35 a.m.
All present and ready.
Argument by counsel for the parties.
Post-hearing briefs due no later than 1:15 p.m.
Court recessed at 11:46 a.m. and reconvened at 2:25 p.m.
Motion for Stay of Execution (106) DENIED for reasons stated on the record.
Motion to Reopen Judgment Pursuant to FRCP 60(b)(6) (107) DENIED for reasons stated on the record.
See Order.
Court adjourned at 3:43 p.m.