# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JESSIE HOFFMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3041** |
| **N. BURL CAIN** | **SECTION "B"** |

## ORDER AND JUDGMENT

The Court, having considered the record, the applicable law, and for the oral reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that petitioner Jessie Hoffman's motion for stay of execution (Rec. Doc. 106) and motion to reopen judgment pursuant to Fed. R. Civ. P. 60(b)(6) (Rec. Doc. 107) are **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that petitioner's request for a certificate of appeal is **GRANTED, with a request for** expedited consideration before the 6:00 p.m. execution time this evening.

New Orleans, Louisiana this 18th day of March, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE